# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

WILMA JEAN LAMPLEY,

        Plaintiff/Appellee,

VS.

GORDON RAY LAMPLEY,

        Defendant/Appellant.

)
)
)
)
)
)
)
)
)
)

Williamson Chancery
No. 23651


Appeal No.
01A01-9708-CH-00423

**FILED**

**February 27, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

**O R D E R**

The appellant has filed a respectful petition to rehear which has been duly considered

and is respectfully denied..


ENTER _____


_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
BEN H. CANTRELL, JUDGE


CONCUR IN SEPARATE OPINION
WILLIAM C. KOCH, JR., JUDGE